UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

26-cv-2623 (JMB/LIB)

Tania Formo,

Plaintiff,

**CERTIFICATE OF SERVICE**

v.

The Lincoln National Life Insurance Company,

Defendant.

---

I hereby certify that on June 16, 2026, I caused the following documents:

1. Waiver of Service; and
2. Certificate of Service

to be filed electronically with the Clerk of Court through ECF and served via email to the following non-participants:

Iwana Rademaekers, Esq.: iwana@rademaekerslaw.com

Dated: June 16, 2026

**BEEDEM LAW PC**

*s/ Alesia R. Strand*

Thomas J. Beedem (19668X)
tjb3@beedemalaw.com
Alesia R. Strand (0332884)
ars@beedemlaw.com
80 South Eighth Street, Suite 900
Minneapolis, MN 55402
(612) 305-1300 Phone
(612) 339-5765 Facsimile

ATTORNEYS FOR PLAINTIFF