**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Tania Formo,

Plaintiff(s),

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendant(s).

Case Number: 0:26-cv-02623-JMB-LIB

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Owen J. Palmer of the law firm of Larson • King, LLP, 30 East Seventh Street, Suite 2800, Saint Paul, Minnesota, 55101, hereby appears in the above-captioned action as counsel on behalf of Defendant.

Dated: July 13, 2026

**LARSON KING, LLP**

By:/s/ *Owen J. Palmer*

Owen J. Palmer (0505714)
R. John Wells (0391414)
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN 55101
Tel: (651) 312-6500
Fax: (651) 312-6618
opalmer@larsonking.com
jwells@larsonking.com

- And -

By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
Pending *Pro Hac Vice*
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY