**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Tania Formo,<br><br>Plaintiff,<br><br>V.<br><br>The Lincoln National Life Insurance Company,<br><br>Defendant. | Civil Case No.: 26-cv-2623JMB-LIB<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that R. John Wells of the law firm of Larson • King, LLP, 30 East Seventh Street, Suite 2800, Saint Paul, Minnesota, 55101, hereby appears in the above-captioned action as counsel alongside Owen J. Palmer on behalf of Defendant.

Date: July 14, 2026

**LARSON·KING**

/s/ *R. John Wells*
R. John Wells (0391414)
Owen J. Palmer (0505714)
30 E. Seventh Street, Suite 2800
St. Paul, MN 55101
jwells@larsonking.com
opalmer@larsonking.com

*Attorneys for Defendant The Lincoln National Life Insurance Company*