**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Tania Formo,

Plaintiff(s),

v.

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Defendant(s).

Case Number: 0:26-cv-02623-JMB-LIB

**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

The Lincoln National Life Insurance Company makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does [party or intervenor name] have a parent corporation and/or wholly owned subsidiary?

   Yes _X_ No ___

   If yes, the parent corporation and/or wholly owned subsidiary is/are: Lincoln National Corporation.

2. Is 10% or more of the stock of [party or intervenor name] owned by a publicly held corporation?

Yes __X_ No ________

If yes, identify all such owners: Lincoln National Corporation.

Dated: July 14, 2026

**LARSON KING, LLP**

By: /s/ *Owen J. Palmer*

Owen J. Palmer (0505714)
R. John Wells (0391414)
2800 Wells Fargo Place
30 E. Seventh Street
St. Paul, MN 55101
Tel: (651) 312-6500
Fax: (651) 312-6618
opalmer@larsonking.com
jwells@larsonking.com

- And -

By: /s/ Iwana Rademaekers

Iwana Rademaekers (Texas Bar # 16452560)
Pending *Pro Hac Vice*
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY